IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR420 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS VASQUEZ-ALVAREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 19).  The Court notes a written waiver of speedy trial will be filed.  Accordingly,

IT IS ORDERED that said motion is granted; trial of this matter is rescheduled for:

**Monday, February 2, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  Counsel will have time to pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between December 29, 2008, and February 2, 2009. shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial

Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court